

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



May 22, 2016

**Request to be Filed Under Seal**

**By Email**

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

DOC #__ __

Re:  **United States v. Abdulrahman El Bahnasawy**, 16 Mag. ___ (UA)

Dear Judge Moses,

The defendant in this case was arrested yesterday evening pursuant to an arrest warrant issued in connection with the above-captioned criminal complaint (the "Complaint"). The Complaint in this case is currently sealed, and we respectfully request that it be unsealed today for the limited purpose of providing a copy of the Complaint to the appropriate attorney(s) at the Federal Defenders, who we believe will be appointed as counsel for the defendant. We request that the Complaint, arrest warrant, and this letter otherwise remain sealed pending further order of the Court.

Respectfully submitted,

PREET BHARARA
United States Attorney

Application GRANTED.

SO ORDERED.

By: _____
Negar Tekeei / George D. Turner
Assistant United States Attorneys
(212) 637-2482 / 2562

_____ 5-22-16
Barbara Moses
United States Magistrate Judge